UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 12 CR 629 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| VIVEK SHAH | ) | |

## VIVEK SHAH'S UNOPPOSED MOTION TO TRAVEL

Defendant VIVEK SHAH, by the Federal Defender Program and its attorney CANDACE R. JACKSON, respectfully requests permission to travel outside of the Northern District of Illinois, where he is serving his term of supervised release, to India, Peru, and Zimbabwe during the summer of 2019. **This motion updates the motion Mr. Shah filed on May 14, 2019 [Dkt. 14], to advise the Court that the government and the Probation Office do not oppose this motion.** Mr. Shah also withdraws his request for a hearing to review and update the conditions of his supervised release, making way for the Court to rule on the instant motion with or without a hearing. In support of this unopposed motion, Mr. Shah states the following:

1. On September 12, 2013, the United States District Court for the Southern District of West Virginia sentenced Mr. Shah to 87 months' incarceration, followed by three years of supervised release, and a special assessment of $800, for one count of transmitting a threat in interstate commerce with intent to extort money in violation of 18 U.S.C. § 875(b), and seven counts of mailing threatening communications, in violation of 18 U.S.C. § 876(b).

2. Mr. Shah has been back in the Chicago community since November 2018, when he transferred to the Salvation Army halfway house to complete his prison sentence. He successfully completed the halfway house portion of his sentence and, on February 4, 2019, began his term of supervised release. In April 2019, Mr.

   Shah's supervision case was transferred from the Southern District of West Virginia to the Northern District of Illinois. His supervision term is set to expire on February 3, 2022.

3. Mr. Shah has complied with the conditions of supervised release. He continues to maintain the required contact with his supervising United States Probation Officer, Ronald Jacobs. He has paid in full the $800 special assessment imposed by the Court. He has not sustained any arrests or convictions since his release from prison. He has not had problems with alcohol or controlled substances, and he is not currently subject to drug testing because it was waived as part of his sentence. He has not had law enforcement contact. His probation officer has not filed any special reports.

4. Mr. Shah resides in Schaumberg, Illinois, with his parents. Since February 2019, he has worked full-time as a driver for Uber and Lyft. He has driven more than 15,000 miles with the companies. However, his goal is to start a women's clothing line. The business idea builds upon a prior business he ran in Los Angeles designing and selling women's wear. The business idea also uses his education and training: he graduated cum laude from the University of Illinois with a Bachelor of Business Administration.

5. Mr. Shah seeks to travel to India, Peru, and Zimbabwe this summer for three to four weeks for a family visit, leisure, and business. Mr. Shah has aunts, uncles, nieces, nephews, and cousins in India (in Vadodara and Mumbai, specifically) he wishes to visit. He also would like to tour Machu Picchu in Peru and Victoria Falls National Park in Zimbabwe. Finally, he hopes to meet with potential clothing manufacturer partners in Harare, Zimbabwe, in Lima, Peru, and in Surat, India to sample fabrics for his women's wear business.

6. Mr. Shah previously lived in India from 1993 until 2002. In the past he has traveled to Nepal, Tibet, Singapore, Malaysia, Thailand, and Canada.

7. Mr. Shah does not currently have a valid passport and needs to obtain one before traveling overseas.

8. Mr. Shah did not commit the offenses for which he is currently on supervised release overseas. He never travelled internationally to open the offshore bank accounts to which he directed victims to deposit money as part of the offense conduct seven years ago. He committed all of his actions while in the United States, using the internet.

9. Mr. Shah does not object to a requirement by this Court that he (a) provide his probation officer with an itinerary and contact information during his travels in advance; (b) notify his probation officer of any changes during his travel; and (c) notify his probation officer of his return to the United States.

10. **U.S. Probation Officer Ron Jacobs informed counsel on June 10, 2019, that the Probation Office supports this motion.**

11. **Assistant United States Attorney Tobara Richardson informed counsel on June 13, 2019, that the government does not oppose this motion** so long as Mr. Shah provides the Probation Office "with his itinerary, verification of travel, and documents with his specific locations during his travel," which is consistent with the position adopted by Mr. Shah in paragraph 9 of this motion.

12. Mr. Shah withdraws his request for a status hearing to review and update the conditions of his supervised release imposed seven years ago, in a different district.

WHEREFORE, for reasons stated above, Mr. Shah humbly requests that this Court enter an order granting him permission to travel outside of the Northern District of Illinois to India, Peru, and Zimbabwe during the summer of 2019.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director

By: /s/ Candace R. Jackson

CANDACE R. JACKSON
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, IL 60643
(312) 621-8343

Assisted by:
Timothy Whitehead
Second-Year Law Student
Northwestern Pritzker School of Law

## **CERTIFICATE OF SERVICE**

The undersigned, Candace R. Jackson, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED.R.CIV.P5, LR5.5, and the General Order of Electronic Case Filing (ECF), the following document(s):

VIVEK SHAH'S UNOPPOSED MOTION TO TRAVEL

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on June 19, 2019, to counsel/parties that are non-ECF filers.

By: /s/ Candace R. Jackson
CANDACE R. JACKSON
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, IL 60643
(312) 621-8343