# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                     Case No.: 1:12–cr–00629

                                                          Honorable Jorge L. Alonso

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2019:

       MINUTE entry before the Honorable Jorge L. Alonso as to Vivek M Shah: Defendant's unopposed motion to travel [18] is granted. Defendant is directed to (a) provide his probation officer with an itinerary and contact information during his travels in advance (b) notify his probation officer of any changes during his travel and (c) notify his probation officer of his return to the United States. Defendant's motion to travel and to review the conditions of supervised release [14] is denied as moot. Motion hearing date of 6/25/19 is stricken. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.